ACCEPTED
03-17-00566-CV
21583959
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/3/2018 3:02 PM
JEFFREY D. KYLE
CLERK

No. 03-17-00566-CV

# In the
# Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/3/2018 3:02:23 PM
JEFFREY D. KYLE
Clerk

*EX PARTE* CITY OF EL PASO

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee, Dr. Max Grossman, and Appellees/Cross-Appellants, Antonia Flores Morales, Candelaria Garcia, Emily Saenz Gardea, and Olga Lopez, file this unopposed motion for extension of time to file their briefs.

## I.

Appellees/Cross-Appellants' briefs currently are due on January 19, 2018. Appellees/Cross-Appellants request that the Court grant a 30-day extension of time by which to file their briefs. *Granting this motion would make the briefs due on February 20, 2018.*

1

## II.

Lisa Hobbs will be taking the lead in drafting Dr. Grossman's brief. Ms. Hobbs seeks an additional 30 days because she has several other upcoming deadlines:

- Preparing a Brief on the Merits due on January 5, 2018, in No. 17-0151, *JBS Carriers, Inc., et al. v. Trinette L. Washington, et al.,* in the Supreme Court of Texas;

- Preparing a Brief of Appellant due on January 10, 2018, in No. 03-17-00509-CV; *Marek v. Lehrer,* in the Third Court of Appeals; and

- Preparing a time-sensitive Petition for Writ of Mandamus arising from No. 15-002178-CV-85; *Steven Summers, Jr. v. U-Haul Company of Texas,* in the 85th Judicial District Court of Brazos County, Texas.

## III.

Jerome Wesevich will take the lead in drafting the brief for Appellees/Cross-Appellants. Mr. Wesevich seeks an additional 30 days because his entire time over the past thirty days was consumed by: (a) selection of a new executive director for Texas RioGrande Legal Aid, Inc. after the current director retired upon 41 years of service; and (b) preparation of the first draft of the opening brief in a complex Administrative Procedure Act case, *Barbosa, et al. v. U.S. Dept. of Homeland Sec., et al.,* No. 17-5206 (D.C. Circuit).

IV.

This extension is not sought for delay but to allow counsel the opportunity to properly prepare briefs on behalf of their clients that are helpful to the Court in resolving this appeal. This is the movants second request for additional time, and counsel for all parties state that they do not oppose it.

**PRAYER**

Appellee, Dr. Max Grossman, and Appellees/Cross-Appellants, Antonia Flores Morales, Candelaria Garcia, Emily Saenz Gardea, and Olga Lopez, ask for an additional thirty (30) days to file their briefs, extending the time until February 20, 2018. Appellees/Cross-Appellants pray for any further relief to which they may be justly entitled to receive.

Dated: January 3, 2018                    Respectfully submitted,

                                           /s/ Lisa Bowlin Hobbs

Harriet O' Neill                           Lisa Bowlin Hobbs
   State Bar No. 00000027                     State Bar No. 24026905
   HONeill@harrietoneilllaw.com               Lisa@KuhnHobbs.com
LAW OFFICE OF HARRIET O'NEILL, PC          KUHN HOBBS PLLC
919 Congress Avenue, Suite 1400            3307 Northland Drive, Suite 310
Austin, Texas  78701                       Austin, Texas  78731
(512) 944-2222                             (512) 476-6003
(512) 476-6441 (fax)                       (512) 476-6002 (fax)


Francis S. Ainsa, Jr.                      Karlene Poll
   fain@acaciapark.com                        State Bar No. 24027297
AINSA HUTSON HESTER AND CREWS, LLP            Karlene@KuhnHobbs.com
5809 Acacia Circle                         KUHN HOBBS PLLC
El Paso, Texas 79912                       2310 Rutland Street
(915) 845-5300                             Houston, Texas  77008
(915) 845-7800 (fax)                       (713) 344-1530
                                           (833) 514-6755 (fax)


COUNSEL FOR APPELLEE, DR. MAX GROSSMAN

                    /s/ Jerome Wesevich

                    Jerome Wesevich
                       State Bar No. 21193250
                       jwesevich@trla.org
                    TEXAS RIOGRANDE LEGAL AID, INC.
                    1331 Texas Avenue
                    El Paso, Texas  79901
                    (915) 585-5100
                    (915) 533-4108 (fax)

                    COUNSEL FOR APPELLEES/CROSS-
                    APPELLANTS, ANTONIA FLORES
                    MORALES, OLGA LOPEZ, CANDELARIA
                    GARCIA, AND EMILY GARDEA

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1, I certify that, on January 2 and 3, 2018, I conferred by email with the following attorneys of record: (1) Kyle Wolfe, counsel for the Attorney General of Texas; (2) Robert Dubose, counsel for The City of El Paso; and (3) Brett Kutnick, counsel for Leonard Goodman. All counsel indicated that their clients do not oppose the relief requested in this motion.

/s/ Lisa Bowlin Hobbs
Lisa Bowlin Hobbs

## ADDITIONAL CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1, I certify that, on January 2, 2018, I conferred by email with Dr. Yolanda Leyva. Ms. Leyva indicated that she does not oppose the relief requested in this motion.

/s/ Jerome Wesevich
Jerome Wesevich

## CERTIFICATE OF SERVICE

I certify that, on January 3, 2018, I electronically served a copy of this amended motion on counsel of record, as listed below:


Wallace B. Jefferson
Robert Dubose
Rachel A. Ekery
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
*Attorney for Appellant/Cross-Appellee City of El Paso*

Kyle Wolfe
Assistant Attorney General
Financial Litigation and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
*Attorney for Appellee Texas Attorney General*

Deborah Hankinson
Brett Kutnick
HANKINSON LLP
750 N. St. Paul St., Suite 1800
Dallas, TX 75201
*Attorney for Appellant Leonard Goodman*

Yolanda Chavez Leyva
ycleyva@gmail.com
3105 Mountain Avenue
El Paso, Texas 79930
*Pro Se*

/s/ Lisa Bowlin Hobbs
Lisa Bowlin Hobbs
